UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 8:04-CR-330-T-30TGW

SAMEEH TAHA HAMMOUDEH,
NADIA IBRAHIM HAMMOUDEH

## ORDER

This cause comes before the Court upon the oral motion of the United States for entry of a judicial order of removal for defendants Sameeh Taha Hammoudeh and Nadia Ibrahim Hammoudeh, pursuant to 8 U.S.C. § 1228(c)(5). The Court, having considered the motion and having heard the arguments of counsel on June 3, 2005, finds that the motion should be granted.

It is therefore ORDERED AND ADJUDGED that United States' motion for a judicial order of removal for defendants Sameeh Taha Hammoudeh and Nadia Ibrahim Hammoudeh is GRANTED. The defendants are hereby ordered removed pursuant to the terms of their respective plea agreements, as accepted by the Court on March 10, 2005 (Dkt. # 124 and 125).

DONE and ORDERED in Tampa, Florida on June 3, 2005 at Tampa, Florida

_____
JAMES S. MOODY, JR.
United States District Judge

Copies furnished to:
Counsel/Parties of Record

1